**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**TERRY SLY,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　**CASE NO. 5:09CV376-RS/AK**

**OTIS COOPER,**

    **Defendant.**

_____/

## SUPPLEMENTAL REPORT AND RECOMMENDATION

The undersigned previously recommended that this case be dismissed as frivolous, thereby giving Plaintiff three strikes pursuant to 28 U.S.C. §1915(g). He has now moved to voluntarily dismiss this cause so he can continue to bring lawsuits in this court without limitation. (Doc. 5). It is recommended that the voluntary motion to dismiss be **DENIED**, and that the previous recommendation be adopted.

Plaintiff has a history of dismissing his lawsuits after he has filed complaints and after orders have issued and reviews been conducted. (See Case Nos. 5:08cv279; 5:08cv375; 5:09cv 152; 5:09cv151). He has had a case dismissed for failure to prosecute as well. (See Case No. 5:05cv242). He has filed nine lawsuits in this district, and those which have been reviewed for the merits, have been dismissed for lack of them.

It is respectfully **RECOMMENDED** that the voluntary motion to dismiss be denied and that the previous recommendation be adopted so that the complaint can be counted as a strike

**IN CHAMBERS** at Gainesville, Florida, this  **17th** day of December, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

**No. 5:09cv376-RS/AK**