IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TERRY L. SLY,

    Plaintiff,

vs.                                   CASE NO. 5:09cv376/RS-AK

OTIS COOPER,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Order and Report and Recommendation (Doc. 4) and the Magistrate Judge's Supplemental Report and Recommendation (Doc. 7). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation (Doc. 4) and the Supplemental Report and Recommendation (Doc. 7) are adopted and incorporated by reference in this Order.

2. Plaintiff's Motion For Voluntary Dismissal And Apology (Doc. 5) is **denied**.

3. Plaintiff's Complaint (Doc. 1) is dismissed pursuant to 28 U.S.C. §1915(e)(2) as frivolous and for failure to state a claim upon which relief may be granted.

4. The clerk is directed to note on the docket that this dismissal constitutes the third strike within the meaning of 28 U.S.C. §1915(g).

5. The clerk is directed to close the file.

**ORDERED** on January 22, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**